IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA M. PEARSON, | ) | 8:11CV83 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court upon Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Filing 26.) In her motion, Plaintiff requests fees in the amount of $6,928.90, which represents 38.85 hours of work by her attorney at an average hourly rate of $178.35. After Plaintiff filed her motion, Defendant filed a response. (Filing 27.) In this response, Defendant states that Plaintiff and Defendant have agreed to an award of EAJA fees in the amount of $6,750.00. (*Id*.)

    Accordingly,

    IT IS ORDERED that:

    1.    Pursuant to the agreement between Plaintiff and Defendant (*see* filing 27), Plaintiff is awarded attorney fees of $6,750.00.

    2.    Plaintiff's application for attorneys fees pursuant to the EAJA (filing 26) is denied as moot.

    3.    By separate document, the court shall enter judgment for Plaintiff and against Defendant, providing that Plaintiff is awarded attorney fees of $6,750.00.

DATED this 17th day of January, 2012.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.